**Order entered June 28, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00634-CV

## IN RE SANDRA CRENSHAW, Relator

## Original Proceeding from Dallas County, Texas

# ORDER
Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DISMISS** this proceeding for want of jurisdiction.

/s/    AMANDA L. REICHEK
        JUSTICE